IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

KARR TRANSPORTATION, INC.,

    Plaintiff,

v.                                                            NO. 1:12-cv-275

TOTAL CONTROL INSURANCE          JURY DEMANDED
SERVICES, LLC, and
IPFS CORPORATION D/B/A
IMPERIAL CREDIT CORPORATION

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

      Come the parties, by their attorneys, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and announce to the court that the parties stipulate a dismissal of all Complaints, Amended Complaints and Cross-Claims with prejudice of this action. The parties further stipulate that each party shall be responsible for their own attorney's fees and discretionary costs.

*Respectfully submitted*:

LEITNER, WILLIAMS, DOOLEY
& NAPOLITAN, PLLC


BY:   <u>s/BRAD A. FRASER</u>
       **BRAD A. FRASER (BPR #20087)**
       **Attorneys for Defendant Total Control**
       **180 Market Place Blvd.**
       **Knoxville, TN 37922**
       **(865) 523-0404**

**FEENEY & MURRAY, PC**


BY: s/JOHN THOMAS FEENEY
     **JOHN THOMAS FEENEY (BPR #011482)**
     **Attorneys for Plaintiff**
     **Post Office Box 11482**
     **Nashville, TN 37219-8685**
     **(615) 242-3700**

**MILES & STOCKBRIDGE, P.C**


BY: s/JOEL L. PERRELL, JR.
     **JOEL L. PERRELL, JR.**
     **Attorneys for IPFS Corporation**
     **10 Light Street**
     **Baltimore, MD 21202**
     **(410) 385-3762**